No. 92–46. SMITH (WIDOW OF SMITH) ET AL. *v.* DIRECTOR, OFFICE OF WORKERS' COMPENSATION PROGRAMS, DEPARTMENT OF LABOR. C. A. 6th Cir. Certiorari denied.

No. 92–48. FERMIN *v.* OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 92–49. HARRIS *v.* PENNSYLVANIA. Super. Ct. Pa. Certiorari denied.

No. 92–50. HOLLAND *v.* VIRGINIA ET AL. C. A. 4th Cir. Certiorari denied.

No. 92–51. ORTMAN *v.* ORTMAN BROS. ET AL. Ct. App. Mich. Certiorari denied.

No. 92–52. COLUMBIA GORGE UNITED-PROTECTING PEOPLE AND PROPERTY *v.* MADIGAN, SECRETARY OF AGRICULTURE, ET AL. C. A. 9th Cir. Certiorari denied.

No. 92–53. KONRAD *v.* MICHIGAN. Sup. Ct. Mich. Certiorari denied.

No. 92–54. DESOTO COUNTY BOARD OF SUPERVISORS ET AL. *v.* NORTH MISSISSIPPI COMMUNICATIONS INC. ET AL. C. A. 5th Cir. Certiorari denied.

No. 92–55. FEDERAL PACIFIC ELECTRIC CO. *v.* NEWTON ET UX. C. A. 10th Cir. Certiorari denied.

No. 92–56. S&M CONSTRUCTORS, INC. *v.* FOLEY CO. C. A. 8th Cir. Certiorari denied.

No. 92–57. CORNELL UNIVERSITY *v.* RUSK COUNTY. Ct. App. Wis. Certiorari denied.

No. 92–60. SALAZAR *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 92–62. CHINN *v.* MCFARLAND. C. A. 5th Cir. Certiorari denied.